IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ISNARDO ZUNIGA-RAMIREZ, § | | |
| Petitioner, § | | |
| § | | |
| VS. § | CIVIL NO. B-17-120 | |
| § | CRIMINAL NO. B-15-293-1 | |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

# ORDER

On June 27, 2017, the United States Magistrate Judge's Report and Recommendation was filed. Petitioner has objected [Doc. No. 8 and 9] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation [Doc. No. 5]. Petitioner Jose Isnardo Zuniga-Ramirez' Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as untimely filed, or alternatively, denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed on July 31, 2017.

_____
Andrew S. Hanen
United States District Judge